

| | | |
|---|---|---|
| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARTIN BOWE<br>*Senior Counsel*<br>Tel: (212) 356-0894<br>Cell: (646) 498-7178 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020

November 24, 2020

**VIA ECF**
Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Granted. SO ORDERED.

Date: 11/25/2020
New York, New York

Mary Kay Vyskocil
United States District Judge

Re:   *M.S.-H., et al. v. N.Y.C. Dep't of Educ.,* 20-cv-5207 (MKV)(SN)

Dear Judge Vyskocil:

I am Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, supervisory attorney for Defendant in the above-referenced action wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

I write on behalf of all parties to respectfully request that the Court adjourn the conference scheduled for December 1, 2020, *sine die*. This is the first such request. The parties propose that a status letter be due no later than December 18, 2020, either (1) advising the Court that the matter is fully resolved, or (2) requesting referral to Judge Netburn for assistance with settlement if the parties believe that would not waste the Court's time, and to propose a briefing schedule in the event settlement is not achieved.

We note that Defendant has resolved dozens of IDEA fees-only actions with the Dayan Firm over the past several years, and under my supervision. The parties anticipate that this case will take that same course.

Accordingly, Defendant respectfully requests that the Dec. 1 conference be adjourned *sine die*, and that a joint status letter be due no later than Dec. 18, 2020.

Thank you for considering these requests.

Respectfully submitted,

  */s/*
Martin Bowe
Senior Counsel

cc:   Adam Dayan, Esq (via ECF)