

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020

| JAMES E. JOHNSON | THE CITY OF NEW YORK | MARTIN BOWE |
|---|---|---|
| *Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | *Senior Counsel*<br>Tel: (212) 356-0894<br>Cell: (646) 498-7178 |

December 16, 2020

**VIA ECF**
Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The Court grants the requested extension.  The parties shall submit a status letter on or before January 8, 2021, advising the Court whether the parties have reached a settlement agreement, whether the parties request an order of reference to Magistrate Judge Netburn for a settlement conference, or whether the parties wish to proceed with briefing [*see* ECF No. 14].  SO ORDERED.
>
> Date: 12/16/2020
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge

Re:   *M.S.-H., et al. v. N.Y.C. Dep't of Educ.,* 20-cv-5207 (MKV)(SN)

Dear Judge Vyskocil:

    I am Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, supervisory attorney for Defendant in the above-referenced action wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

    I write to respectfully request a three-week extension of the parties' time to submit a status letter, from December 18, 2020, to January 8, 2021.  Preliminarily, Defendant apologizes for the lateness of this request and any inconvenience for the Court, which was due to conflation of Individual Practices as between Your Honor and Magistrate Judge Cave.

    Plaintiff consents to this request.  This is the first request for an extension of the date for a next status letter.  Defendant has assured Plaintiff that a settlement offer will be forthcoming prior to January 8, 2021, and the parties are hopeful that we will be able to inform Your Honor on or before that date, that this case has been fully resolved.

    Accordingly, Defendant respectfully requests a next status letter be due on or before January 8, 2021.

    Thank you for considering this request.

Respectfully submitted,

*/s/*
_____
Martin Bowe
Senior Counsel

cc:   Adam Dayan, Esq (via ECF)